# Court of Appeals
# of the State of Georgia

ATLANTA,  January 13, 2014

*The Court of Appeals hereby passes the following order:*

**A14A0727.  JERRY JURDEN v. HSBC MORTGAGE CORPORATION.**

This case began as a dispossessory proceeding in magistrate court. After an adverse ruling, Jerry Jurden appealed de novo to the superior court. On July 18, 2013, the superior court entered a writ of possession in favor of HSBC Mortgage Corporation. On August 6, 2013, Jurden filed a notice of direct appeal to this Court. We lack jurisdiction for two reasons.

First, because the order at issue disposes of a de novo appeal from a magistrate court decision, Jurden was required to follow the discretionary appeal procedure. See OCGA § 5-6-35 (a) (11); *Strachan v. Meritor Mortgage Corp. East*, 216 Ga. App. 82 (453 SE2d 119) (1995).

Second, this appeal is untimely. An appeal from a dispossessory judgment must be filed within seven days of the date the judgment was entered. See OCGA § 44-7-56; *Ray M. Wright, Inc. v. Jones*, 239 Ga. App. 521 (521 SE2d 456) (1999). Here, Jurden's notice of appeal was filed 19 days after the state court's order was entered. For these reasons, we lack jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 01/13/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*